```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
     CRIMINAL DOCKET PARTY INFORMATION FOR CASE J05-0004--CR (HRH)
                      "USA V RONN L. ROSEBERRY ET AL"
                        DEF 1.1 ROSEBERRY, RONN L.

       Including terminated defendants, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
  Magistrate Judge:  The Honorable Philip M. Pallenberg, U.S. Magistrate Judge
             Filed: 06/21/05
            Closed: NO
No. of Defendants: 5
    MJ Case Number:
               AKA: ROSIE
   Location status: U.S. Custody
        Trial date:
        Terminated: NO
Needs interpreter: NO
Counsel of record: Louis J. Menendez
                   227 7th Street
                   Juneau, AK 99801
                   907-586-5996
                   FAX 907-586-2206
                   Serve: YES
                    Type: CJA
                    Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: James A. Goeke
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 1.1 ROSEBERRY, RONN L.
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 21:846,841(a)(1),(b)(1)(A) DRUG CONSPIRACY (F) | Pending |
| 1 - 1 IND | 2 | 21:846,841(a)(1),(b)(1)(B) ATTEMPTED POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE (F) | Pending |

```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
           CRIMINAL DOCKET PARTY INFORMATION FOR CASE J05-0004--CR (HRH)
                         "USA V RONN L. ROSEBERRY ET AL"
                              DEF 2.1 DUVALL, BETTY J.

           Including terminated defendants, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
  Magistrate Judge:  The Honorable Philip M. Pallenberg, U.S. Magistrate Judge
             Filed: 06/21/05
            Closed: NO
No. of Defendants: 5
    MJ Case Number:
               AKA:
   Location status: U.S. Custody
        Trial date:
        Terminated: NO
Needs interpreter: NO
  Counsel of record: Michael D. Dieni
                     Federal Public Defender
                     550 W. 7th Avenue, Suite 1600
                     Anchorage, AK 99501
                     907-646-3400
                     FAX 907-646-3480
                     Serve: YES
                      Type: FPD
                      Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: James A. Goeke
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 2.1 DUVALL, BETTY J.

Document         Count    Citation and Description                              Disposition
--------         -----    ------------------------                              -----------
   1 -    1 IND    1     21:846,841(a)(1),(b)(1)(A) DRUG CONSPIRACY (F)         Pending

   1 -    1 IND    2     21:846,841(a)(1),(b)(1)(B) ATTEMPTED POSSESSION OF     Pending
                         A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE
                         (F)

   1 -    1 IND    3     21:841(a)(1),(b)(1)(C) POSSESSION OF A CONTROLLED      Pending
                         SUBSTANCE WITH INTENT TO DISTRIBUTE (F)
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
     CRIMINAL DOCKET PARTY INFORMATION FOR CASE J05-0004--CR (HRH)
                     "USA V RONN L. ROSEBERRY ET AL"
                          DEF 3.1 DAVIS, TWILA JO

         Including terminated defendants, excluding terminated counsel
```

```
       Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
      Magistrate Judge:  The Honorable Philip M. Pallenberg, U.S. Magistrate Judge
                Filed:  06/21/05
               Closed:  NO
    No. of Defendants:  5
        MJ Case Number:
                  AKA:
      Location status:  U.S. Custody
           Trial date:
           Terminated:  NO
    Needs interpreter:  NO
     Counsel of record: Scott A. Sterling
                        Sterling & DeArmond PC
                        851 E. Westpoint Drive
                        Suite 201
                        Wasilla, AK 99654
                        907-376-8076
                        FAX 907-376-8078
                        Serve: YES
                         Type: CJA
                         Role: Pretrial/Trial


    PLF 1.1 UNITED STATES OF AMERICA

    Counsel of record:  James A. Goeke
                        U.S. Attorney's Office
                        222 W. 7th Avenue, #9
                        Anchorage, AK 99513-7567
                        907-271-5071
                        Serve: YES
                         Type: Not specified
                         Role: Pretrial/Trial


    Counts re: DEF 3.1 DAVIS, TWILA JO

    Document        Count    Citation and Description                              Disposition
    ────────        ─────    ────────────────────────                              ───────────
       1 -   1 IND    1      21:846,841(a)(1),(b)(1)(A) DRUG CONSPIRACY (F)        Pending

       1 -   1 IND    2      21:846,841(a)(1),(b)(1)(B) ATTEMPTED POSSESSION OF    Pending
                             A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE
                             (F)
```

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET PARTY INFORMATION FOR CASE J05-0004--CR (HRH)
                             "USA V RONN L. ROSEBERRY ET AL"
                              DEF 4.1 MCKITRICK, SUSAN C.

                  Including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
    Magistrate Judge:  The Honorable Philip M. Pallenberg, U.S. Magistrate Judge
              Filed:  06/21/05
             Closed:  NO
 No. of Defendants:  5
     MJ Case Number:
                AKA:
    Location status:  Released on Bond
         Trial date:
         Terminated:  NO
  Needs interpreter:  NO
  Counsel of record:  William B. Carey
                     1502 W. 34th Avenue
                     Anchorage, AK 99503-3643
                     907-272-4255
                     FAX 907-272-4256
                     Serve: YES
                      Type: CJA
                      Role: Pretrial/Trial


 PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record:  James A. Goeke
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513-7567
                     907-271-5071
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial


 Counts re: DEF 4.1 MCKITRICK, SUSAN C.
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -  1 IND | 1 | 21:846,841(a)(1),(b)(1)(A) DRUG CONSPIRACY (F) | Pending |
| 1 -  1 IND | 3 | 21:841(a)(1),(b)(1)(C) POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE (F) | Pending |
| 1 -  1 IND | 4 | 21:856(a)(1) and (b) MAINTAINING A PLACE FOR THE DISTRIBUTION AND USE OF CONTROLLED SUBSTANCES (F) | Pending |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET PARTY INFORMATION FOR CASE J05-0004--CR (HRH)
                               "USA V RONN L. ROSEBERRY ET AL"
                                DEF 5.1 VITCOVICH, SABRENA M.

                    Including terminated defendants, excluding terminated counsel


     Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
    Magistrate Judge:  The Honorable Philip M. Pallenberg, U.S. Magistrate Judge
              Filed:  06/21/05
             Closed:  NO
  No. of Defendants:  5
      MJ Case Number:
                AKA:
    Location status:  Released on Bond
         Trial date:
         Terminated:  NO
   Needs interpreter: NO
   Counsel of record: D. Scott Dattan
                      Law Offices of D. Scott Dattan
                      2600 Denali Street, Suite 460
                      Anchorage, AK 99503
                      907-276-8008
                      FAX 907-278-8571
                      Serve: YES
                       Type: CJA
                       Role: Pretrial/Trial


  PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record: James A. Goeke
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513-7567
                     907-271-5071
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial


  Counts re: DEF 5.1 VITCOVICH, SABRENA M.

  Document        Count      Citation and Description                              Disposition
  --------        -----      ------------------------                              -----------
    1 -    1 IND    1        21:846,841(a)(1),(b)(1)(A) DRUG CONSPIRACY (F)        Pending

    1 -    1 IND    2        21:846,841(a)(1),(b)(1)(B) ATTEMPTED POSSESSION OF    Pending
                             A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE
                             (F)
```

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE J05-0004--CR (HRH)
                              "USA V RONN L. ROSEBERRY ET AL"

                                   For all filing dates


  Presiding Judge:   The Honorable H. Russel Holland, U.S. District Judge
 Magistrate Judge:   The Honorable Philip M. Pallenberg, U.S. Magistrate Judge
            Filed:   06/21/05
           Closed:   NO
No. of Defendants:   5


Document #   Filed      Docket text

NOTE  -  1   06/21/05   [Re: DEF 1] Issued WOA.

NOTE  -  2   06/21/05   [Re: DEF 3] Issued WOA.

NOTE  -  3   06/21/05   [Re: DEF 4] Issued WOA.

NOTE  -  4   06/21/05   [Re: DEF 5] Issued WOA.

   1  -  1   06/21/05   [Re: DEF 1-5] PLF 1 Indictment.

   2  -  1   06/21/05   [Re: DEF 1-5] JDR Grand Jury Minutes re Indt Secret; WOA re D1,3-5 to be
                        issued; bail set O/R re D2; no bail set re D1,3-5; summons re D2 to be
                        issued; set for arr & notify USM re D2.

NOTE  -  5   06/23/05   [Re: DEF 3] USM Notice of Arrest; defendant arrested 6/23/05 in
                        Ketchikan, AK.

NOTE  -  6   06/23/05   [Re: DEF 3] Issued: Summons

NOTE  -  7   06/23/05   Notation: Re: DEF 2 & DEF 3 Proposed Trial Date Setting for Arr to USDJ.

   3  -  1   06/23/05   [Re: DEF 2] PMP Minute Order re Arr set for 7/21/05 at 1:30 p.m. in
                        Juneau, AK. cc: USA, USM, USPO, def w/USM cy

NOTE  -  8   06/24/05   [Re: DEF 5] USM Notice of Arrest; defendant arrested 6/23/05 in
                        Ketchikan, AK.

NOTE  -  9   06/24/05   [Re: DEF 4] USM Notice of Arrest; defendant arrested 6/23/05 at
                        Ketchikan, AK.

NOTE  - 10   06/24/05   Notation: Re: DEF 4 & DEF 5 Proposed Trial Date Setting for Arr to USDJ.

   4  -  1   06/24/05   [Re: DEF 3] PMP Order of Detention Pending detention Hearing set for
                        6/30/05, 10:00 a.m. at Juneau. cc: USA, S. Sterling, USM, PO, Judge
                        Sedwick

   5  -  1   06/24/05   [Re: DEF 4] PMP Order of Detention Pending detention Hearing set for
                        6/30/05, 10:00 a.m. at Juneau. cc: USA, W. Carey, USM, PO, Judge Sedwick

   6  -  1   06/24/05   [Re: DEF 5] PMP Order of Detention Pending detention Hearing set for
                        6/30/05, 10:00 a.m. at Juneau. cc: USA, S. Dattan, USM, PO, Judge
                        Sedwick

   7  -  1   06/24/05   [Re: DEF 3] PMP Order regarding preparation for trial w/parties to meet
                        by 7/1/05; PTMs due 7/15/05. cc: USA, S. Sterling, Judge Sedwick

   8  -  1   06/24/05   [Re: DEF 4] PMP Order regarding preparation for trial w/parties to meet
                        by 7/1/05; PTMs due 7/15/05. cc: USA, W. Carey, Judge Sedwick
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE J05-0004--CR (HRH)
                          "USA V RONN L. ROSEBERRY ET AL"

                              For all filing dates


 Document #   Filed      Docket text

       9 -  1  06/24/05  [Re: DEF 5] PMP Order regarding preparation for trial w/parties to meet
                         by 7/1/05; PTMs due 7/15/05. cc:  USA, S. Dattan, Judge Sedwick

      10 -  1  06/24/05  [Re: DEF 3-5] PMP Court Minutes [ECR Keitha Kolvig] re: I/A held
                         6/24/05: cnsl appointed; Defs pled NOT GUILTY; detention hrg set for
                         6/30/05, 10:00 a.m. at Juneau. cc: USA, S. Sterling, W. Carey, S.
                         Dattan, USM, USPO, CJA Clerk, Judge Sedwick

      11 -  1  06/27/05  DEF 3 Attorney Appearance by S. Sterling.

      12 -  1  06/27/05  DEF 3 Notice of intent to use Rule 16 material as evidence at trial.

      13 -  1  06/27/05  {SEALED}

      14 -  1  06/27/05  [Re: DEF 3] Return of WOA executed on 06/23/05.

      15 -  1  06/27/05  [Re: DEF 4] CJA appointment of W. Carey.

      16 -  1  06/27/05  [Re: DEF 3] CJA appointment of S. Sterling.

      17 -  1  06/27/05  [Re: DEF 5] CJA appointment of S. Dattan.

      13 -  2  06/28/05  {SEALED}

      18 -  1  06/28/05  [Re: DEF 3-5] PMP Minute Order resetting 6/30/05 det hrg from 10:00 a.m.
                         to 11:00 a.m. on 6/30/05. cc: USA, S. Sterling, W. Carey, S. Dattan,
                         USM, USPO

      19 -  1  06/28/05  DEF 5 Attorney Appearance of D. Scott Dattan.

      20 -  1  06/28/05  DEF 5 motion for discovery.

      21 -  1  06/29/05  DEF 4 motion on shortened time to vacate detention hearing w/att aff.

      21 -  2  06/29/05  [Re: DEF 4] PMP Order granting mot on shortened time to vacate
                         6/30/05det hrg (21-1) as to DEF 4. cc: USA, W. Carey, USM, USPO

      22 -  1  06/29/05  [Re: DEF 3-5] JWS Minute Order setting TBJ on 8/30/05 @ 9:00 a.m. @
                         Juneau; FPTC set 8/30/05 @ 8:30 a.m. @ Juneau. cc: USA, S. Sterling, W.
                         Carey, S. Dattan, USM, USPO, MJ Pallenberg, JC, ECR, Divisional Deputy

      23 -  1  06/29/05  [Re: DEF 1] Return of WOA executed on 6/22/05.

      24 -  1  06/29/05  [Re: DEF 4] Return of WOA executed on 6/23/05.

      25 -  1  06/29/05  [Re: DEF 5] Return of WOA executed on 6/23/05.

    NOTE - 11  06/30/05  [Re: DEF 1] USM Notice of Arrest; defendant arrested in Portland Oregon.
                         USM to notify the court of availability if transported ot the district.

      26 -  1  06/30/05  [Re: DEF 3-5] PMP Court Minutes [ECR Keitha Kolvig] re: detention hrg
                         held 6/30/05: detention hrg reset to 7/6/05, 1:30 p.m. at Juneau; orders
                         of detention pending trial filed. cc: USA, S. Sterling, S. Dattan, W.
                         Carey, USM, USPO, Judge Sedwick

      27 -  1  06/30/05  [Re: DEF 3] PMP Order of Detention Pending Trial. cc: USA, S.Sterling,
                         USM, USPO, Judge Sedwick

 ACRS: R_RDSDX              As of 12/01/05 at 2:56 PM by GARRY                     Page 2
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE J05-0004--CR (HRH)
                           "USA V RONN L. ROSEBERRY ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 28 - 1 | 06/30/05 | [Re: DEF 4] PMP Order of Detention Pending Trial. cc: USA, W. Carey, USM, USPO, Judge Sedwick |
| 29 - 1 | 06/30/05 | [Re: DEF 5] PMP Order of Detention Pending Trial. cc: USA, S. Dattan, USM, USPO, Judge Sedwick |
| 30 - 1 | 06/30/05 | {SEALED} |
| 30 - 2 | 06/30/05 | {SEALED} |
| 31 - 1 | 07/05/05 | DEF 3 Notice of intent to assert defense of actual or believed exercise of public authority on behalf of federal agency. |
| 32 - 1 | 07/06/05 | [Re: DEF 3-5] PMP Court Minutes [ECR Keitha Kolvig] re: Continued detention hrg (held 7/6/05): Def Davis (D-2) to remain in custody; Def McKitrick (D-4) detention hrg continued to 7/7/05, 3:00 p.m. at Juneau; Def cnsl and USA to work out limited conditions of release as to Def Victovich (D-5) for medical treatment. cc: USA, S. Sterling, S. Dattan, W. Carey, USM, USPO, Judge Sedwick |
| 33 - 1 | 07/07/05 | DEF 4 motion on shortened time to vacate detention hearing. |
| 33 - 2 | 07/07/05 | [Re: DEF 4] PMP Order granting motion on shortened time to vacate detention hearing set for 7/7/05, 3:00 p.m. at Juneau. (33-1) cc: USA, cnsl, USM, USPO, Judge Sedwick |
| 34 - 1 | 07/07/05 | [Re: DEF 1-5] PLF 1 Attorney Substitution for James Goeke. |
| 35 - 1 | 07/07/05 | [Re: DEF 3-5] PLF 1 Discovery Conference Certificate. |
| 36 - 1 | 07/12/05 | DEF 2 motion for transportation from Ketchikan, Alaska to Juneau, Alaska for 7/21/05 initial appearance. |
| 37 - 1 | 07/13/05 | [Re: DEF 2] PMP Minute Order terminating in light of this order: motion for transportation from Ketchikan, Alaska to Juneau, Alaska (36-1); Arr prev set for 7/21/05 at 1:30 p.m. before MJ Pallenberg in Juneau is VACATED & RESET for same date & time before MJ Guss in Ketchikan. cc: USA, FPD, USM, USPO, MJ Guss |
| 38 - 1 | 07/15/05 | DEF 3 Unopposed motion to extend pretrial motion filing deadline w/att aff. |
| 39 - 1 | 07/15/05 | DEF 3 motion to shorten time re 38-1. |
| 40 - 1 | 07/15/05 | USM Return of summons re: DEF 2 on 7/7/05. |
| 41 - 1 | 07/19/05 | [Re: DEF 5] PMP Minute Order denying motion for discovery (20-1). cc: USA, D. Dattan |
| 42 - 1 | 07/19/05 | [Re: DEF 3] PMP Minute Order granting Unopposed motion to extend pretrial motion filing deadline (38-1), motion to shorten time re 38-1 (39-1). cc: PTMs due 7/22/05. cc: USA, S. Sterling |
| 43 - 1 | 07/21/05 | [Re: DEF 2] MEG Minute Order re Arr hld 7/21/05; M. Dieni apptd; def pled not guilty to cts 1,2,3; bond set O/R; PTM's due 7/29/05; status hrg set for 7/27/05 at 2:00 p.m. in Anchorage, before MJ Pallenberg. cc: USA, FPD, USM, USPO, MJ Pallenberg, Judge Sedwick |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE J05-0004--CR (HRH)
"USA V RONN L. ROSEBERRY ET AL"

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 44 | 1 | 07/21/05 | [Re: DEF 2] Financial Affidavit. |
| 45 | 1 | 07/21/05 | [Re: DEF 2] Order setting conditions of release. cc: USA, FPD, USM, USPO |
| 46 | 1 | 07/21/05 | [Re: DEF 2] MEG Order regarding preparation for trial re cnsl to meet & confer by 7/22/05; PTM's due 7/29/05. cc: USA, FPD |
| 47 | 1 | 07/21/05 | [Re: DEF 2] PLF 1 Discovery conference certificate. |
| 48 | 1 | 07/22/05 | {SEALED} |
| 49 | 1 | 07/22/05 | {SEALED} |
| 48 | 2 | 07/25/05 | {SEALED} |
| 49 | 2 | 07/25/05 | {SEALED} |
| 50 | 1 | 07/25/05 | [Re: DEF 2] JWS Minute Order setting TBJ on 8/30/05 @ 9:00 a.m. @ Juneau, AK & FPTC on 8/30/05 @ 8:30 a.m. @ Juneau, AK.. cc: USA, FPD, USM, USPO, MJ Pallenberg, JC, ECR, Divisional Deputy |
| 51 | 1 | 07/25/05 | DEF 2 Unopposed motion to continue trial w/att aff. |
| 52 | 1 | 07/26/05 | {SEALED} |
| 52 | 2 | 07/27/05 | {SEALED} |
| 53 | 1 | 07/27/05 | [Re: DEF 2-5] JWS Order granting unoppo mot to continue trial (51-1); 8/30/05 FPTC & TBJ are reset to 9/26/05 @ 9:00 a.m. and 9:30 a.m., respectively. cc: USA, FPD, S. Sterling, W. Carey, S. Dattan, USM, USPO, MJ Pallenberg, ECR, Divisional Deputy, JC, Judge Holland |
| 54 | 1 | 07/27/05 | [Re: DEF 1-5] JWS Minute Order that by agreement of the judges this case is reassigned to Judge Holland; use case number J05-004 CR (HRH) on all future filings. cc: USA, FPD, S. Sterling, W. Carey, S. Dattan, USM, USPO, JC, MJ Pallenberg, Judge Holland |
| 55 | 1 | 07/27/05 | [Re: DEF 2] PMP Court Minutes [ECR: Elisa Singleton] re Status Hearing (held 7/27/05); defendant's conditions of release modified. cc: USA, FPD, USM, USPO, MJ Roberts |
| 56 | 1 | 07/27/05 | [Re: DEF 2] Order setting conditions of release. USA, FPD, USM, USPO, MJ Roberts |
| 57 | 1 | 07/28/05 | [Re: DEF 3-5] HRH Order of excludable delay re: mot @ dkt 51 from 9/2/05 to 9/26/05 (25 days; under code R). |
| 58 | 1 | 08/12/05 | [Re: DEF 1] Certified Cy of Documents Commitment to Another District, Waiver of Removal, Crt Min, Notice of reassignement of FPD, Crt Min, Order of Detention, Crt Min, Waver of removal, WOA, dkt sheet transferred from USDC-Oregon (05-mj-459 w/att docs. |
| 59 | 1 | 08/15/05 | DEF 4 motion for bail review hearing. |
| 60 | 1 | 08/15/05 | [Re: DEF 4] PMP Minute Order granting motion for bail review hearing (59-1); bail review hrg set for 8/19/05 at 2:30 p.m. cc: USA, B. Carey, USM, USPO |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CRIMINAL DOCKET ENTRIES FOR CASE J05-0004--CR (HRH)
                                  "USA V RONN L. ROSEBERRY ET AL"

                                         For all filing dates

 Document #    Filed      Docket text
 ──────────    ─────      ───────────

   61 -   1   08/19/05    [Re: DEF 4] PMP Court Minutes [ECR: Keitha Kolvig] Bail Review Hrg (held
                          8/19/05): Mellanie Isner approved as 3rd party custodian; Order Setting
                          Conditions of Release signed by court and cnsl to get Order Setting
                          Conditions of Release signed; release order will be signed when signed
                          order returned and $10,000 cash bail posted. cc: USA, W. Carey, USM,
                          PTS, Judge Holland

   61A-   1   08/19/05    [Re: DEF 4] Order setting conditions of release w/Mellannie Isner as 3rd
                          party cust; $10,000 cash bail to be posted, surrender passport; not
                          leave Ketchikan except for travel to Juneau court; not to work in liquor
                          store, but office only. cc: USA, W. Carey, USM, PTS, Judge Holland

 NOTE -  12   08/24/05    [Re: DEF 1] USM Notice of Availability.

 NOTE -  13   08/24/05    Notation: Proposed Trial Date Setting for Arr to USDJ re: DEF 1.

   62 -   1   08/24/05    [Re: DEF 1] MEG Court Minutes [ECR: April Karper] re Arr on Indt (held
                          8/24/05); FPD to appt CJA cnsl; def pleas not guilty to cts 1 and 2 of
                          the indt; def detained; meet and confer by 1:00 p.m. on 8/26/05; ptm's
                          due 9/6/05; TBJ set for 9/26/05 before Judge Holland; cc: USA, FPD CJA
                          Clerk, USM, USPO, MJ Pallenberg, Judge Holland.

   63 -   1   08/25/05    [Re: DEF 1] MEG Order regarding preparation for trial.  Pretrial motions
                          due by 9/6/05.  Discovery conf to be held by 8/26/05 before 1:00 p.m.
                          cc: AUSA,  L. Menendez, FPD, CJA Clerk, USM, USPO, JUDGE HOLLAND

   64 -   1   08/25/05    [Re: DEF 1] MEG Order of Detention Pending Trial.  cc; AUSA, L.
                          Menendez, USM, UPSO, Judge Holland, FPD CJA Clerk

   65 -   1   08/25/05    DEF 1 Financial Affidavit.

   66 -   1   08/26/05    [Re: DEF 1] HRH Minute Order setting TBJ on 9/26/05 @ 9:00 a.m. & FPTC
                          for 9/26/05 @ 8:30 a.m. cc: USA, L. Menendez, FPD (CJA Clk), USM, USPO,
                          MJ Pallenberg, ECR, Divisional Deputy, JC

   67 -   1   08/26/05    [Re: DEF 1] PLF 1 Certification of discovery.

   68 -   1   08/31/05    DEF 1 CJA appointment of L. Mendendez.

   69 -   1   09/06/05    [Re: DEF 1] Amended HRH Minute Order setting TBJ on 9/26/05 @ 9:30 a.m.
                          @ Juneau & FPTC for 9/26/05 @ 9:00 a.m. @ Juneau. cc: L. Menendez, USA,
                          FPD (CJA clk), USM, USPO, ECR, MJ Pallenberg, JC, Divisional Deputy

   70 -   1   09/07/05    DEF 4 motion for bail review & approval of ankle monitoring.

   71 -   1   09/08/05    DEF 1 Unopposed motion to continue and reschedule jury trial w/att memo.

   72 -   1   09/08/05    PLF 1; DEF 5 Stipulation for pretrial release of defendant.

   73 -   1   09/12/05    {SEALED}

   73 -   2   09/12/05    {SEALED}

   72 -   2   09/13/05    [Re: DEF 5] PMP Order granting stipulation for pretrial release of
                          defendant (72-1). cc: USA, S. Dattan, USM, USPO

   74 -   1   09/13/05    [Re: DEF 5] Copy of Order of Release re def released 9/13/05. cc: USA,
                          S. Dattan, USM, USPO

 ACRS: R_RDSDX                   As of 12/01/05 at 2:56 PM by GARRY                       Page 5
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE J05-0004--CR (HRH)
                           "USA V RONN L. ROSEBERRY ET AL"

                                  For all filing dates

Document #   Filed      Docket text
----------   --------   -----------

    75 -  1  09/13/05   [Re: DEF 1] PLF 1 non-opposition (fld on shortened time) to DEF 1
                        Unopposed motion to continue and reschedule jury trial (71-1).

    76 -  1  09/13/05   [Re: DEF 4] PMP Minute Order re bail review hearing set for 9/16/05 at
                        1:30 p.m. cc: USA, B. Carey, USM, USPO

    77 -  1  09/14/05   DEF 3 motion for hearing to review conditions of release and to review
                        conditions at jail w/att memo, affidavit.

    78 -  1  09/14/05   DEF 3 motion to shorten time re: motion for hearing to review conditions
                        of release and to review conditions at jail w/att memo, affidavit.
                        (77-1)

    79 -  1  09/15/05   [Re: DEF 3] PMP Minute Order denying motion for hearing to review
                        conditions of release and to review conditions (77-1); granting motion
                        to shorten time re: motion for hearing to review conditions of release
                        (78-1). cc: USA, S. Sterling

    80 -  1  09/16/05   [Re: DEF 4] PMP Court Minutes [ECR: Keitha Kolvig] for Bail Review Hrg
                        (held 9/16/05): Melanie Isner heard and approved as 3rd party custodian;
                        prev order setting conditions of release still in effect, BUT Def is
                        allowed in storeroom where alcohol kept; def cnsl to obtain signatures
                        on Order Setting Cond of Release and file with clerk's ofc; Court will
                        sign Release Order when $10,000 cash only bail posted. cc: USA, W.
                        Carey, USM, PTS, Judge Holland

    81 -  1  09/19/05   [Re: DEF 4] PLF 1 Appearance bond of $10,000. cash.

    82 -  1  09/19/05   [Re: DEF 4] PMP Cy of Order of Release.

    83 -  1  09/21/05   [Re: DEF 1-5] HRH Order granting unoppo mot to continue & reschedule
                        jury trial (71-1); 9/26/05 TBJ vacated & reset to 10/31/05 @ 9:00 a.m. @
                        Juneau, AK; PCOPs are to be held in Anchorage unless other arrangements
                        are made. cc: USA, L. Menendez, FPD, S. Sterling, W. Carey, S. Dattan,
                        USM, USPO, MJ Pallenberg, ECR, JC, Divisional Deputy

    84 -  1  09/22/05   [Re: DEF 1-5] HRH Minute Order vacating 9/26/05 FPTC @ Juneau. cc: USA,
                        L. Menendez, FPD, S. Sterling, W. Carey, S. Dattan, USM, USPO, ECR,
                        Divisional Deputy

    85 -  1  09/23/05   [Re: DEF 2] HRH Order of excludable delay re: mot @ dkt 71 from 9/30/05
                        to 10/31/05 (32 days; under code R).

    86 -  1  09/23/05   [Re: DEF 3] HRH Order of excludable delay re: mot @ dkt 71 from 9/27/05
                        to 10/31/05 (35 days; under code R).

    87 -  1  09/23/05   [Re: DEF 4] HRH Order of excludable delay re: mot @ dkt 71 from 9/27/05
                        to 10/31/05 (35 days; under code R).

    88 -  1  09/23/05   [Re: DEF 5] HRH Order of excludable delay re: mot @ dkt 71 from 9/27/05
                        to 10/31/05 (35 days; under code R).

    89 -  1  09/26/05   DEF 5 Notice of Intent to change plea.

    90 -  1  09/27/05   [Re: DEF 5] HRH Minute Order setting PCOP hrg on 10/6/05 @ 9:00 a.m. @
                        Anchorage. cc: USA, S. Dattan, USM, USPO, MJ Pallenberg, JC, Divisional
                        Deputy
```

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE J05-0004--CR (HRH)
                           "USA V RONN L. ROSEBERRY ET AL"

                                 For all filing dates


 Document #    Filed      Docket text

      91 -  1  09/27/05   {SEALED}

      91 -  2  09/27/05   DEF 3 motion (request) for transportation.

      92 -  1  09/29/05   DEF 5 motion for temporary modification of cond's of release.

      93 -  1  09/29/05   DEF 5 motion for continued release on conditions.

      94 -  1  09/30/05   [Re: DEF 5] HRH Order granting motion for temporary modification of
                          cond's of release as stated (92-1). cc: ASUA, S. Dattan, USM, USPO, MJ
                          PALLENBERG

      95 -  1  10/04/05   [Re: DEF 3] HRH Minute Order setting PCOP hrg on 10/17/05 @ 9:00 a.m. @
                          Anchorage, AK; granting mot (req) for transp (91-2); USM to transport
                          DEF 3 from Juneau to Anch to allow for meeting w/cnsl prior to PCOP hrg.
                          cc: USA, S. Sterling, USM, USPO, MJ Pallenberg, JC, Divisional Deputy

      96 -  1  10/04/05   DEF 4 Notice of Intent to change plea.

      97 -  1  10/05/05   {SEALED}

      98 -  1  10/05/05   {SEALED}

      99 -  1  10/05/05   {SEALED}

     100 -  1  10/06/05   [Re: DEF 5] HRH Court Minutes [ECR: Caroline Edmiston] RE: Proposed
                          Change of Plea Hearing (held 10/06/05); granting motion for continued
                          release on conditions (93-1); deft plead guilty on count 1 of the
                          Indictment; count 2 of the indictment to be dismissed at IOS; IOS set
                          01/09/06 at 9:00 a.m.; TBJ set 10/31/05 at 9:00 a.m. in Juneau, AK
                          Vacated; defendant's conditions of release remain as previously set and
                          defendant to remand herself to USM in Anchorage when medical treatment
                          completed.  CC: USA, S. DATTAN, USM, USPO, JURY CLERK.

     101 -  1  10/06/05   [Re: DEF 5] HRH Order re defendant's motion to remain out of custody
                          pending medical treatment (dkt 93); Granted and signed in court;
                          defendant to remand herself to the USM in Anchorage, AK once medical
                          care is concluded. CC: USA, S. Dattan, USM, USPO.

     102 -  1  10/07/05   [Re: DEF 4] HRH Minute Order setting PCOP hrg on 10/17/05 @ 9:30 a.m. @
                          Anchorage, AK. cc: USA, W. Carey, USM, USPO, MJ Pallenberg, JC,
                          Divisional Deputy

     103 -  1  10/12/05   DEF 3 motion to continue change of plea hearing w/att memo.

     104 -  1  10/12/05   DEF 3 Unopposed motion to shorten time re: Davis's motion to continue
                          change of plea hearing w/att memo & aff.

     105 -  1  10/13/05   [Re: DEF 3] HRH Order granting unoppo mot to shorten time re: Davis's
                          mot to continue change of plea (104-1). cc: USA, S. Sterling

     106 -  1  10/13/05   [Re: DEF 3] HRH Order granting mot to continue change of plea hrg
                          (103-1); PCOP reset to 10/25/05 @ 9:00 a.m. @ Anchorage. cc: USA, S.
                          Sterling, USM, USPO, MJ Pallenberg

     107 -  1  10/14/05   DEF 4 Unopposed motion for temporary relaxation of conditions of
                          release.

ACRS: R_RDSDX                      As of 12/01/05 at 2:56 PM by GARRY                      Page 7
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CRIMINAL DOCKET ENTRIES FOR CASE J05-0004--CR (HRH)
                                 "USA V RONN L. ROSEBERRY ET AL"

                                        For all filing dates

 Document #    Filed      Docket text


   107 -  2   10/14/05   [Re: DEF 4] HRH Order granting unoppo mot for temporary relaxation of
                         conditions of rls (107-1); def may travel to Anchorage for PCOP hrg w/o
                         3rd pty custodian. cc: USA, W. Carey, USM, USPO

   108 -  1   10/14/05   {SEALED}

   109 -  1   10/17/05   [Re: DEF 4] HRH Court Minutes [ECR: April Karper] re Prop Change of Plea
                         Hrg (held 10/17/05); def changed plea to guilty on Ct 1 of the Indt; crt
                         reserved acceptance of plea; IOS set for 1/9/06 at 9:30 a.m.; def det
                         cont; TBJ set for 10/31/05 at 9:00 a.m. is vacated; cc: USA, W. Carey,
                         USM, USPO, JC, MJ Pallenberg.

   110 -  1   10/17/05   {SEALED}

   111 -  1   10/17/05   {SEALED}

   112 -  1   10/17/05   DEF 2 motion (request) for change of plea hearing w/att aff.

   110 -  2   10/18/05   {SEALED}

   111 -  2   10/18/05   {SEALED}

   113 -  1   10/18/05   [Re: DEF 2] HRH Order granting mot (req) for change of plea hearing
                         (112-1); PCOP set 10/27/05 @ 9:00 a.m. in Anchorage. cc: USA, FPD, USM,
                         USPO, MJ Pallenberg

   114 -  1   10/18/05   {SEALED}

   114 -  2   10/19/05   {SEALED}

   115 -  1   10/19/05   [Re: DEF 1] HRH Minute Order re: upcoming trial of 10/31/05; crt directs
                         parties to resolve case or try it on 10/31/05. cc: USA, L. Menendez

   116 -  1   10/19/05   {SEALED}

   117 -  1   10/19/05   {SEALED}

   118 -  1   10/19/05   {SEALED}

  NOTE - 14   10/20/05   [Re: DEF 2] Issued WOA.

   119 -  1   10/20/05   [Re: DEF 2] PLF 1 motion (ex parte) expedited for issuance of arrest
                         warrant for violation of release conditions pending trial.

   120 -  1   10/20/05   DEF 1 Unopposed motion to continue and reschedule jury trial w/att memo
                         and prop order.

   121 -  1   10/20/05   DEF 1 motion for shortened time to consider 120-1.

   122 -  1   10/20/05   [Re: DEF 2] PMP Order granting motion expedited for issuance of arrest
                         warrant for violation of release conditions (119-1).  cc: AUSA, USM,
                         USPO

   121 -  2   10/21/05   [Re: DEF 1] HRH Order granting mot for shortened time to consider 120-1
                         (121-1). cc: USA, L. Menendez

   123 -  1   10/21/05   [Re: DEF 1] HRH Minute Order setting hrg on mot to continue trial (dkt
                         120) on 10/24/05 @ 9:00 a.m. @ Anchorage; def cnsl may appear

 ACRS: R_RDSDX                  As of 12/01/05 at 2:56 PM by GARRY                        Page 8
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE J05-0004--CR (HRH)
"USA V RONN L. ROSEBERRY ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | telephonic. cc: USA, L. Menendez, USM, USPO |
| 124 - 1 | 10/21/05 | DEF 1 Notice of Intent to change plea. |
| 124 - 2 | 10/21/05 | DEF 1 motion on shortened time to vacate hearing set 10/24/05. |
| 125 - 1 | 10/21/05 | [Re: DEF 1] HRH Minute Order granting motion to vacate hearing set 10/24/05 (124-2); PCOP hrg set 11/8/05 @ 9:00 a.m. @ Anchorage; 10/31/05 TBJ vacated; terminating in light of this order: unoppo mot to cont & reschedule jury trial (120-1). cc: USA, L. Menendez, USM, USPO, MJ Pallenberg, JC |
| 116 - 2 | 10/24/05 | {SEALED} |
| 117 - 2 | 10/24/05 | {SEALED} |
| 126 - 1 | 10/24/05 | {SEALED} |
| 127 - 1 | 10/25/05 | [Re: DEF 3] HRH Court Minutes [ECR: Robin Carter] Re: PCOP hrg held 10/25/05; def changed plea to guilty to Ct 2 of Indt; IOS set for 1/9/06 at 10:30 a.m. in Anch; tbj set for 10/31/05 at 9:00 a.m. in Juneau is vacated as to this def only; orig signed plea agreement to be filed. cc: USA, S. STERLING, USM, USPO, JC, MJ Pallenberg. |
| 128 - 1 | 10/25/05 | DEF 1 motion to order transfer of defendant from Anchorage jail to Lemon Creek w/att memo. |
| 129 - 1 | 10/25/05 | {SEALED} |
| 130 - 1 | 10/27/05 | {SEALED} |
| 131 - 1 | 10/28/05 | [Re: DEF 2] PMP Court Minutes [ECR: Caroline Edmiston] RE: Initial Appearance on Violation of Pretrial Release Conditions (held 10/28/05); defendant's oral motion to release defendant Denied; Defendant detained pending IOS.  CC: USA, FPD, USM, USPO, Judge Holland. |
| 132 - 1 | 10/28/05 | [Re: DEF 2] PMP Order of Detention Pending Imposition of Sentence. CC: USA, FPD, USM, USPO. |
| 133 - 1 | 10/31/05 | [Re: DEF 2] Return of WOA executed on 10/27/05. |
| 134 - 1 | 11/07/05 | DEF 1 unopposed motion for telephonic participation at change of plea. |
| 134 - 2 | 11/07/05 | [Re: DEF 1] HRH Order granting motion unopposed motion for counsel L. Menendez for telephonic participation at change of plea (134-1). cc: USA, L. Menedez |
| 135 - 1 | 11/07/05 | DEF 1 Unopposed motion for consideration on shortened time re 134-1. |
| 135 - 2 | 11/07/05 | [Re: DEF 1] HRH Order granting unopposed motion for consideration on shortened time re 134-1 (135-1). cc: USA, L. Menedez |
| 136 - 1 | 11/07/05 | {SEALED} |
| 136 - 2 | 11/07/05 | {SEALED} |
| 128 - 2 | 11/08/05 | [Re: DEF 1] HRH Order denying w/leave to renew  motion to order transfer of defendant from Anchorage jail to Lemon Creek (128-1). cc: USA, L. Menendez |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE J05-0004--CR (HRH)
                            "USA V RONN L. ROSEBERRY ET AL"

                                 For all filing dates

Document #   Filed      Docket text
_____   _____      _____

   137 -  1  11/08/05   {SEALED}

   138 -  1  11/28/05   {SEALED}

   138 -  2  11/29/05   {SEALED}

   139 -  1  11/29/05   DEF 3 motion to authorize substance treatment pending imposition of
                        sentence w/att memo, aff & exhs.

   140 -  1  11/30/05   [Re: DEF 3] HRH Order that govt file oppo, if any, to mot to authorize
                        treatment @ dkt 139 by midday 12/2/05. cc: USA, S. Sterling
```