Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        vs.<br><br>RONN L. ROSEBERRY, a/k/a "Rosie",<br>BETTY J. DUVALL,<br>TWILA JO DAVIS,<br>SUSAN C. McKITRICK, and<br>SABRENA M. VITCOVICH,<br><br>                    Defendants. | Case No. J05-0004 CR (HRH)<br><br>NON-OPPOSED MOTION FOR ONE DAY EXTENSION TO FILE SENTENCING MEMORANDUM |

   Defendant, Betty J. Duvall, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for a one-day extension of time to file her sentencing memorandum.  This request is non-opposed by AUSA James Goeke.  The current due date is January 3, 2006.  The new due date will be January 4, 2006.  Sentencing is set for January 9, 2006.

   This motion is filed because the additional day is necessary to complete the sentencing memorandum.  The main purpose is to complete the collection of any potential

exhibits in support of Ms. Duvall for sentencing. Also, defense counsel's difficulty in grappling with the new electronic filing system has created a need for a short delay.

In accord with this motion, and the government's non-opposition, the government has requested the same opportunity, and it is anticipated that the government will file its brief on the same new due date.

DATED this 3rd day of January, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on January 3, 2006, a copy of the foregoing Non-Opposed Motion for One Day Extension to File Sentencing Memorandum, with attachments, was served electronically on

James A. Goeke, Esq.

and copies were mailed to:

Louis J. Menendez
Attorney for Ronn L. Roseberry
227 7th Street
Juneau, AK 99801

Scott A. Sterling, Esq.
Sterling & DeArmond
Attorneys for Twila Jo Davis
851 East Westpoint Drive, Suite 201
Wasilla, AK  99654

William B. Carey, Esq.
Carey Law Office
Attorneys for Susan C. McKitrick
1502 West 34th Avenue
Anchorage, AK  99503

D. Scott Dattan, Esq.
Attorney for Sabrena M. Vitcovich
2600 Denali Street, Suite 460
Anchorage, AK  99503


/s/ Michael D. Dieni