UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>RONN L. ROSEBERRY, a/k/a "Rosie",<br>BETTY J. DUVALL,<br>TWILA JO DAVIS,<br>SUSAN C. McKITRICK, and<br>SABRENA M. VITCOVICH,<br><br>        Defendant. | Case No. J05-0004 CR (HRH)<br><br>PROPOSED ORDER<br>EXTENDING DUE DATE FOR<br>SENTENCING MEMORANDA BY<br>ONE DAY |

After due consideration of defendant's motion for one day extension to file her sentencing memoranda, it is hereby ordered that the motion is granted, and Ms. Duvall's sentencing memorandum, and the government's sentencing memorandum, are now both due on or before January 4, 2006.

DATED this ____ day of January, 2006 in Anchorage, Alaska.

_____
H. RUSSEL HOLLAND
U.S. DISTRICT JUDGE