**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

<u>UNITED STATES OF AMERICA</u>          v.   <u>RONN L. ROSEBERRY, et al.</u>

THE HONORABLE H. RUSSEL HOLLAND          CASE NO.   <u>  J05-0004-CR (HRH)  </u>

    This Order pertains to:        **DUVALL**, Betty J. [D-02]

<u>Deputy Clerk</u>                      <u>Official Recorder</u>

_____          _____

APPEARANCES:   for PLAINTIFF:   ----

              for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

---

    Defendant Betty J. Duvall has filed a motion requesting a one-day extension for the filing of sentencing memoranda (Clerk's Docket No. 162), which also indicates non-opposition by the Government.

    The motion is granted.

<u>IMMEDIATE NOTIFICATION</u>
<u>IS REQUESTED</u>

- 1 -